UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, Jr., <br><br> Plaintiff, <br><br> v. <br><br> BEST, et al., <br><br> Defendants. | No. 2:22-cv-01542-TLN-DB <br><br><br> **ORDER** |

    Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On November 2, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 9.)  Plaintiff has filed objections to the findings and recommendations.  (ECF No. 10.)

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 2, 2022 (ECF No. 9), are ADOPTED IN FULL;

2. Plaintiff's motion to proceed in forma pauper is DENIED;

3. Within thirty days of this Order, Plaintiff shall pay the $402 filing fee for this action. Failure to comply with court orders will result in an order that this case be dismissed; and

4. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

**DATE: February 7, 2023**

Troy L. Nunley
United States District Judge