UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL DRIVER, Jr., | No. 2:22-cv-01542 TLN DB P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| BEST, et al., | |
| Defendants. | |

Plaintiff is a county prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On February 8, 2023, the court denied plaintiff's motion to proceed in forma pauperis and ordered that plaintiff pay the filing fee for this action within thirty days.  (ECF No. 11.)  Plaintiff was warned that failure to comply with court orders would result in an order dismissing this case.  (Id. at 2.)

More than thirty days have passed and plaintiff has not paid the filing fee for this action, requested an extension of time to do so, or otherwise responded to the court's orders. Accordingly, it will be recommended that this action be dismissed for failure to pay the filing fee and failure to comply with court orders.

Additionally, plaintiff has filed a motion for Chief Judge Kimberly J. Mueller to "review and case [sic] investigation into prior and present judicial misconduct" as well as the "reinstatement" of this and another action filed in this court.  (ECF No. 13.)  This motion appears to effectively be a motion for reconsideration.  A motion for reconsideration may only be noticed

1

before the District Judge or the Magistrate Judge assigned or referred to the action.  See Local Rule 230(j).  To the extent plaintiff wishes to file a complaint under 28 U.S.C. § 351, such a complaint must be filed with the Chief Judge of the circuit, not of this court.  Accordingly, plaintiff's motion (ECF No. 13) will be denied without prejudice.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's motion for review and investigation of judicial conduct (ECF No. 13) is denied without prejudice.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 24, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/driv1542.fr_dism

2