UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., | No. 2:22-cv-01542-TLN-DB |
| Plaintiff, | |
| v. | **ORDER** |
| BEST, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 27, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 21 days. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 27, 2023 (ECF No. 14), are ADOPTED IN FULL.

1

     2. This action is DISMISSED without prejudice. *See* Local Rule 110; Fed. R. Civ. P. 41(b).

     3. The Clerk of the Court is directed to close this case.

Date: June 12, 2023

*/s/ Troy L. Nunley*
Troy L. Nunley
United States District Judge

2